## FIRST DISTRICT.

**H. S. Bennett, trading as H. S. Bennett Company, defendant in error, v. Chicago Motor Club, plaintiff in error. Gen. No. 30,419.**
Action to recover for personal services and money expended therewith. Judgment for plaintiff. Error to the Circuit Court of Cook county; the Hon. Harry L. Heer, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1925. Reversed and remanded. Opinion filed February 7, 1927.
Lightfoot, Braun & Krohn, for plaintiff in error. No appearance for defendant in error.
Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**Sidney Schrayer & Company, appellee, v. Harry Korshak, appellant. Gen. No. 31,153.**
Judgment by confession on judgment note. Appeal from denial of motion to vacate. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Affirmed. Opinion filed February 7, 1927.
Irving G. Zazove, for appellant. Philip A. Weinstein, for appellee.
Mr. Presiding Justice McSurely delivered the opinion of the court.

---

**The People of the State of Illinois, defendant in error, v. Sam Mottlow, plaintiff in error. Gen. No. 31,167.**
Conviction and sentence for assault with deadly weapon. Error to the Criminal Court of Cook county; the Hon. Worth E. Caylor, Judge, presiding. Heard in the first division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed February 7, 1927.
Rankin & Lustfield, for plaintiff in error; Ode L. Rankin, of counsel. Robert E. Crowe, State's Attorney, for defendant in error; Clarence E. Nelson and Edward E. Wilson, Assistant State's Attorneys, of counsel.
Mr. Presiding Justice McSurely delivered the opinion of the court.